

# Service of Process Transmittal
10/06/2020
CT Log Number 538362925

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Thibodeaux Connie, Pltf. vs. Wal-Mart Inc., Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request(s) |
| **COURT/AGENCY:** | 27th Judicial District Court, Parish of St. Landry, LA<br>Case # C202954A |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/14/2019 - 2310 S. Union Street, Opelousas, Parish of St. Landry, State of Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/06/2020 at 09:20 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Marjorie B. Breaux<br>Oliver & Way, L.L.C.<br>100 Rue Bastille<br>Post Office Box 82447<br>Lafayette, LA 70598-2447<br>337-988-3500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/07/2020, Expected Purge Date: 10/12/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

**EXHIBIT A**

Page 1 of  1 / DL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CITATION
**STATE OF LOUISIANA**

| | |
|---|---|
| **CONNIE THIBODEAUX** | **27th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF ST. LANDRY** |
| **WALMART INC** | **CIVIL NO. C-202954A** |

**TO THE DEFENDANT**   **CT CORPORATION SYSTEM 3867 PLAZA TOWER DRIVE BATON ROUGE, LA 70816**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __11TH__ day of ____**AUG.**____, A. D. 2020.

Issued and delivered_____**September 23, 2020**_____

*Racie Savage*

Deputy Clerk of Court

**REQUESTED BY:   MAJORIE BREAUX**

| | |
|---|---|
| **CONNIE THIBODEAUX** | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO.:** 20-C-2954-A |
| **WAL-MART INC.** | **ST. LANDRY PARISH, LOUISIANA** |

*************************************************************

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **CONNIE THIBODEAUX**, a resident of the full age of majority of the Parish of St. Landry, State of Louisiana, who, with respect represents:

1.

The following is made a Defendant herein:

08/11/20 16:01:06
St. Landry Clerk Court

a.  **WAL-MART INC.**, a foreign corporation licensed to do and doing business within the State of Louisiana.

2.

On or about August 14, 2019, **CONNIE THIBODEAUX** was inside **WAL-MART** Store No. 5125, located at 2310 S. Union Street, Opelousas, Parish of St. Landry, State of Louisiana, and while walking in the store, her right foot slid on a clear plastic bag which had been ripped open and allowed to fall and remain on the floor by the employees working in the area.

3.

There were three **WAL-MART INC.** employees with carts, at least one of whom was stocking shelves, working in the area where the aforementioned bag was allowed to fall and remain on the floor.

4.

**CONNIE THIBODEAUX's** slip at **WAL-MART INC.**, Store No. 5125 in St. Landry Parish resulted from the fault and/or negligence of **WAL-MART INC.** and its employees in the following nonexclusive particulars:

a.  Failing to properly supervise the premises, particularly its floors;

b.  Failing to provide a safe environment for its patrons, including, but not limited to, allowing a plastic bag to fall to the floor and remain on the floor in its store without removing it and warning patrons of said condition;

c.  Failing to notice and appropriately warn and guard against patrons entering a known hazardous area;

AUG 20 2020

- d. Failing to clean or remove a hazardous material in an area of patron traffic;
- e. Generally, failing to supervise and train its employees properly to notice known hazards;
- f. Failing to warn its patrons of potential hazards that **WAL-MART INC.** knew or should have known existed; and
- g. In **WAL-MART STORES, INC.'s** employees failing to warn of a danger after actual notice of hazardous conditions on the **WAL-MART INC.** floor.

All of which were a proximate cause of the events that gave rise to Petitioner's injuries, constituting the Defendant's breach of the duty owed to the public at large, and by that breach, risking damage and injury to others.

5.

Upon information and belief, the above-referenced employees were in the course and scope of employment with the Defendant, **WAL-MART INC.**, at the time and on the date of the accident that forms the basis of this suit.

6.

As a result of the above described slip and fall, Petitioner, **CONNIE THIBODEAUX**, sustained serious and permanent injuries which resulted in past and future physical and mental pain and suffering, past and future loss of earnings and past and future loss of earning capacity, all of which has necessitated that she incur medical expenses, both past and future, all of which entitle her to recover a sum reasonable in the premises.

**WHEREFORE**, premises considered, Petitioner, **CONNIE THIBODEAUX**, prays that a certified copy of this Petition for Damages be served upon Defendant, **WAL-MART INC.**, and that after due proceedings are had, there be Judgment herein in favor of Petitioner, **CONNIE THIBODEAUX**, and against Defendant, **WAL-MART INC.**, jointly, severely and in solido, in a sum reasonable in the premises, together with interest from the date of judicial demand until paid and for costs of these proceedings.

**AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.**

Respectfully submitted,

OLIVER & WAY, L.L.C.

BY: _____
MARJORIE B. BREAUX (#14096)
KENNY L. OLIVER (#14277)
DAVID O. WAY (#24696)
100 Rue Bastille
Post Office Box 82447
Lafayette, Louisiana 70598-2447
(337) 988-3500

**ATTORNEYS FOR CONNIE THIBODEAUX**

**PLEASE WITHHOLD SERVICE AT THIS TIME**

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has this day been mailed to all counsel of record by depositing a copy in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 10th day of August, 2020.

_____
MARJORIE B. BREAUX

St. Landry Parish Clerk of Court's Office
Filed 8·11 20 20
_____
Dy. Clerk

OPELOUSAS, LOUISIANA 9/23, 20 20
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.
_____
Deputy Clerk of Court

| | |
|---|---|
| **CONNIE THIBODEAUX** | **27TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO.:** |
| **WAL-MART INC.** | **ST. LANDRY PARISH, LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

TO THE CLERK OF COURT in and for the above Parish:

PLEASE TAKE NOTICE that the undersigned counsel, attorney for Plaintiff, **CONNIE THIBODEAUX**, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings, (whether on merits or otherwise), judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1672, 1913 and 1914.

Lafayette, Louisiana, this 10th day of August, 2020.

Respectfully submitted,

OLIVER & WAY, L.L.C.

BY: _____
MARJORIE B. BREAUX (#14096)
KENNY L. OLIVER (#14277)
DAVID O. WAY (#24696)
100 Rue Bastille
Post Office Box 82447
Lafayette, LA 70598-2447
(337)988-3500
FAX (337)988-3511

St. Landry Parish Clerk of Court's Office
Filed _____ 9 · 11 20 20
_____
Dy. Clerk

**ATTORNEYS FOR CONNIE THIBODEAUX**

OPELOUSAS, LOUISIANA 9|23, 20 20
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.

_____
Deputy Clerk of Court